IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| v. | : | DATE FILED: _____ |
| **MICHAEL HARPER** | : | VIOLATIONS: |
| | | 18 U.S.C. § 844(i) (attempted malicious |
| | : | damaging of property used in interstate |
| | | commerce by means of an explosive - 1 |
| | : | count) |
| | | 18 U.S.C. § 842(a)(3)(A), 844(a) (unlawful |
| | : | receipt of an explosive without a license - |
| | | 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 3, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL HARPER**

attempted to maliciously damage and destroy, by means of an explosive, property used in interstate commerce and in activities affecting interstate commerce, that is, an automated teller machine located at 401 West Tabor Road in Philadelphia, Pennsylvania.

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL HARPER,**

not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly received explosive materials, that is, one explosive M-type device, approximately 1" x 6" red cylindrical tube with a hobby fuse wick, containing Potassium Perchlorate particles and Aluminum.

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 844(i), 842(a)(3)(A) and 844(a), as set forth in this indictment, defendant

**MICHAEL HARPER**

shall forfeit to the United States of America:

    a. any explosive materials involved or used or intended to be used in the commission of such violations, including, but not limited to: One explosive M-type device, 1" x 6" red cylindrical tube with a hobby fuse wick, containing Potassium Perchlorate particles and Aluminum;

    b. any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations; and

    c. any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(C), and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**WILLIAM M. McSWAIN**
**United States Attorney**